# MEMORANDUM
## TO THE HONORABLE DORA L. IRIZARRY
### United States District Judge

RE: **Catul, Jean Claude**
DKT: **06-CR-81**
**REQUEST FOR CASE CONSOLIDATION**

By way of background, on June 25, 2004, the offender was sentenced by the Chief United States District Court Judge Edward R. Korman, under docket number 03-CR-298, to time served, three years supervised release, and a $100 special assessment fee. The following special conditions were also imposed: The defendant shall make restitution of $112,840.04, payable at a rate of $100 per month until fully paid; 2) the defendant shall comply with the order of restitution; and the defendant shall make full financial disclosure. This sentence followed the offender's plea of guilty to Bank Fraud, a violation of 18 U.S.C. 1344.

On January 10, 2006, the defendant was arrested by the United States Secret Service on new federal charges. This case has been assigned to Your Honor. The indictment charges Mr. Catule with two counts of Bank Fraud, two counts of Access Device Fraud, Unauthorized Use of Identification Information, and two counts of Aggravated Identity Theft. It is noted that a Violation of Supervised Release is pending on docket number 03-CR-298. In an effort to consolidate cases under one judicial officer, we request that Your Honor agree to assume responsibility for the case sentenced by Chief Judge Korman. If Your Honor agrees, the Probation Department will ask Chief Judge Korman to relinquish his interest in Docket No. 03-CR-298.

The Court directs:

RESPECTFULLY SUBMITTED:

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____
Erin Weinrauch, U.S. Probation Officer

APPROVED BY: _____
Joseph Franco, Supervising U.S. Probation Officer

June 13, 2006

Consolidate Cases: _Dora L. Irizarry_____  _June 29, 2006_
Dora L. Irizarry, U.S. District Judge               Date

Do not Consolidate Cases: _____
Dora L. Irizzary, U.S. District Judge               Date

Other: _____
Dora L. Irizarry, U.S. District Judge               Date