# Federal Defenders
## OF NEW YORK, INC.

16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Eastern District

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

August 9, 2006

The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RECEIVED
in Chambers of:
U.S. District Judge
DORA L. IRIZARRY

AUG 10 2006

RE: **U.S.A. v. Jean Claude Catul, 06 CR 81**

Your Honor:

I write to confirm that the status conference in the above-captioned matter is now scheduled for Friday, August 25, 2006, at 11:30 a.m.

The parties agree that the time between today's date and the next date can be excluded from Speedy Trial calculations for purposes of plea negotiation and discovery. Thank You for Your attention to this matter.

Respectfully Submitted,

JAN A. ROSTAL, ESQ.
(718) 330-1207

cc: John Durham, AUSA
Jean Claude Catul (MDC)

---

Application granted. The status conference is adjourned until Friday, August 25, 2006 at 11:30 a.m. Time is excluded on consent and in the interest of justice between August 9, 2006 and August 25, 2006.

So Ordered.

August 9, 2006

USDJ