DCW

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

  - against -                                    06-CR-81 (DLI)

JEAN CLAUDE CATUL,

                Defendant.

- - - - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Assistant United States Attorney David C. Woll, Jr. from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Assistant U.S. Attorney David C. Woll, Jr.
        United States Attorney's Office (Criminal Division)
        271 Cadman Plaza East, 5th Floor
        Brooklyn, New York 11201
        Tel: (718) 254-6241
        Fax: (718) 254-7499
        Email:   David.Woll@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney David C. Woll, Jr. at the email address set forth above.

Dated:    Brooklyn, New York
          May 21, 2012

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

                     By:  _____/s/_____
                          David C. Woll, Jr.
                          Assistant U.S. Attorney
                          (718) 254-6241

cc:  Jan Rostal, Esq. (by ECF)
     Richard Antonison, Probation Department (by email)